THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOYCE L. SEIDLER and DOUGLAS SEIDLER, wife and husband, and the marital community composed thereof,<br><br>Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE – U.S.A., a Washington corporation; HOLLAND AMERICA LINE, INC., a Washington corporation; HOLLAND AMERICA LINE N.V., a Curacao corporation; and HAL ANTILLEN N.V., a Curacao corporation,<br><br>Defendants. | No. 2:18-cv-00364<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINES FOR FRCP 26(f) CONFERENCE, INITIAL DISCLOSURES AND COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN |

## STIPULATION

COME NOW Plaintiffs JOYCE and DOUGLAS SEIDLER and Defendants HOLLAND AMERICA LINE – U.S.A., HOLLAND AMERICA LINE, INC., HOLLAND AMERICA LINE N.V., and HAL ANTILLEN N.V., and respectfully request the Court extend the deadlines provided in Dkt. No. 012 by approximately 30 days as follows:

{28872-00407087;1}
STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND
DEADLINES– Page 1
No. 2:18-cv-00364

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

| Case Event | Current | New Deadline |
|---|---|---|
| Deadline for FRCP 26(f) Conference | 5/1/2018 | 5/31/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 5/8/2018 | 6/7/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f) | 5/18/2018 | 6/18/2018 |

Plaintiffs' counsel presently are in the midst of a trial that is expected to last several more weeks, and counsel for Defendants are starting a two week jury trial on Monday, May 7. The parties' counsel respectfully request an extension of the foregoing deadlines to accommodate their respective trial schedules.

DATED this 2nd day of May, 2018

**LE GROS BUCHANAN & PAUL**

By: s/ *Louis A. Shields*
By: s/ *Nathan J. Beard*
Louis A. Shields, WSBA #25740
Nathan J. Beard, WSBA #45632
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
Phone: (206) 623-4990
Email: lshields@legros.com
        nbeard@legros.com

Attorneys for Defendants

**FRIEDMAN RUBIN**

By: s/*Alisa Brodkowitz*
Alisa Brodkowitz, WSBA #31749
51 University Street, Suite 201
Seattle, WA 98101
Phone: (206) 501-4446
Email: alisa@friedmanrubin.com

Attorneys for Plaintiffs

{28872-00407087;1}
STIPULATION AND PROPOSED ORDER TO EXTEND
DEADLINES– Page 2
No. 2:18-cv-00364

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

# ORDER

PURSUANT TO THE FOREGOING STIPULATION, there is good cause for the extension requested and it is hereby ORDERED the deadlines provided in Dkt. No. 012 be extended by approximately 30 days as follows:

| Case Event | Current | New Deadline |
| --- | --- | --- |
| Deadline for FRCP 26(f) Conference | 5/1/2018 | 5/31/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 5/8/2018 | 6/7/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f) | 5/18/2018 | 6/18/2018 |

DATED this 4th day of May, 2018.

_____
HONORABLE ROBERT S. LASNIK

*Presented by:*

LE GROS BUCHANAN & PAUL
Attorneys for Defendants

{28872-00407087;1}
STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND
DEADLINES– Page 3
No. 2:18-cv-00364

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990