THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOYCE L. SEIDLER and DOUGLAS SEIDLER, wife and husband, and the marital community composed thereof,<br><br>Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE – U.S.A., a Washington corporation; HOLLAND AMERICA LINE, INC., a Washington corporation; HOLLAND AMERICA LINE N.V., a Curacao corporation; and HAL ANTILLEN N.V., a Curacao corporation,<br><br>Defendants. | No. 2:18-cv-00364<br><br>**FRCP 35 STIPULATION AND ORDER** |

## STIPULATION

The parties hereby stipulate and agree as follows regarding defendants' request for an examination of plaintiff by a doctor selected by the defense.

**I.    PLAINTIFF AGREES TO AN EXAMINATION BY A DOCTOR SELECTED BY DEFENSE COUNSEL**

{28872-00451556;1}
STIPULATION RE FRCP 35 EXAM – Page 1
No. 2:18-cv-00364

The above captioned defendants (hereinafter "defendants HAL") have requested that JOYCE SEIDLER be examined by a doctor chosen by defense counsel pursuant to Fed. R. Civ. P. 35. JOYCE SEIDLER agrees to be examined by a doctor chosen by defense counsel under the terms set out in this stipulation and Fed. R. Civ. P. 35.

## II. IDENTITY OF EXAMINER

The exam shall be by DR. JOHN BURNS, (hereafter referred to as "examiner"). Examiner's office address is Medical Dental Building, Machaon Medical Evaluations, 509 Olive Way, Suite 1045, Seattle, WA 98101.

Defense counsel provided a copy of the examiner's curriculum vitae to plaintiff's counsel on 10/15/2018.

## III. EXAMINATION OF PLAINTIFF

The exam shall take place on a date, time, and at a place agreed to between counsel. The estimated length of time for the exam and any testing is 1.5 hours.

The examiner advises defense counsel that the manner, conditions, and scope of the examination is as follows:

Interview, physical exam, and possible testing per the letter attached hereto as Exhibit A. The parties agree that no invasive testing will be permitted. To the extent the examiner requires any testing apart from x-rays, defenses counsel will apprise plaintiff's counsel of the requested testing before the exam and such testing will be subject to the parties' agreement or, in the alternative, a court order.

The plaintiff may have a representative present at the examination at no additional charge. She or her representative may make an audiotape or videotape recording of the examination at no additional charge.

The exam by the examiner shall be limited to inquiry in the field of expertise of examiner. The examiner shall not conduct an inquiry or examination in fields outside his or her expertise.

The examiner shall adhere to applicable professional and ethical principles and code of conduct.

The examiner shall not inquire into privileged attorney-client communications, and any inadvertent disclosure of such communications by plaintiff shall not be admissible and shall not constitute waiver of the attorney-client privilege.

No psychiatric or psychological tests shall be administered. No invasive tests shall be done. No tests that cause pain or injury shall be done.

The examiner advises defense counsel that plaintiff will not be asked to fill out any forms at the examination, nor will examiner ask any questions about who is at fault for the injury causing event. Such restriction does not limit questions about physical dynamics of the injury-causing event that may be relevant to injuries.

Defendants understand that there shall be no other exam in this case, absent a showing of good cause, as provided by Fed. R. Civ. P. 35, or the stipulated agreement of plaintiff.

In the event that any problems arise during the exam, the examiner shall contact the below referenced attorneys for plaintiff and defendants in an effort to promptly resolve any disputes. Plaintiff's counsel Alisa Brodkowitz' cell phone number is (206) 972-1623 and her office number is (206) 501-4446. Defense counsel's contact number is 206-467-4012.

**IV.     EXAMINER'S REPORT**

Defense counsel shall deliver to plaintiff's counsel a copy of a detailed written report of the examiner setting out the examiner's findings, including results of all tests made, diagnosis and conclusions, regardless of whether the examiner will be called to testify at trial. Defense counsel will provide copies of any x-ray taken along with the report, at no charge to Plaintiff.

Examiner's report shall be delivered to plaintiff's counsel consistent with Fed. R. Civ. P. 35 and the parties' discovery plan.

## V. DEPOSITION OF EXAMINER

If plaintiff's counsel takes the deposition of examiner then examiner shall charge his ordinary hourly rate, or $500 per hour, whichever is less, for the time actually taken for the deposition, as reported by the court reporter. Plaintiff shall not be charged for records review, or any other deposition preparation by examiner.

If requested, examiner shall provide to plaintiff's counsel a complete copy of all files and records related to plaintiff's examination. At the time of examiner's deposition, or earlier if requested, examiner shall make all files and records related to plaintiff's examination available for review by plaintiff's counsel.

The location of the deposition shall be the examiner's office, unless otherwise agreed between plaintiff's counsel and defense counsel.

## VI. EXAMINER'S AGREEMENT TO TERMS OF THE EXAMINATION

Defense counsel shall advise the examiner of the above conditions for the examination of JOYCE SEIDLER, and make sure the examiner agrees to follow all stipulated conditions, and to the following Court Order.

## VII. STIPULATION

The foregoing is stipulated and agreed to by the parties.

DATED this 16th day of October, 2018.

| LE GROS BUCHANAN & PAUL | FRIEDMAN RUBIN PLLP |
|---|---|
| By: /s/Nathan J. Beard<br>Nathan J. Beard, WSBA #45632<br>4025 Delridge Way SW, Suite 500<br>Seattle, WA 98106-1271<br>Phone: (206) 623-4990<br>Email: nbeard@legros.com | By: s/Alisa R. Brodkowitz<br>Alisa Brodkowitz, WSBA #31749<br>51 University Street, Suite 201<br>Seattle, WA 98101<br>Phone: (206) 501-4446<br>Email: alisa@friedmanrubin.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

SO ORDERED, this 17th day of October, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

{28872-00451556;1}
STIPULATION RE FRCP 35 EXAM – Page 5
No. 2:18-cv-00364