THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOYCE L. SEIDLER and DOUGLAS SEIDLER, wife and husband, and the marital community composed thereof,<br><br>Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE – U.S.A., a Washington corporation; HOLLAND AMERICA LINE, INC., a Washington corporation; HOLLAND AMERICA LINE N.V., a Curacao corporation; and HAL ANTILLEN N.V., a Curacao corporation,<br><br>Defendants. | No. 2:18-cv-00364<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

## STIPULATION

**COME NOW** Plaintiffs JOYCE and DOUGLAS SEIDLER and Defendants HOLLAND AMERICA LINE – U.S.A., HOLLAND AMERICA LINE, INC., HOLLAND AMERICA LINE N.V., and HAL ANTILLEN N.V., through their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiff's Claims Against Defendants, in

{28872-00522326;1}
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Page 1
No. 2:18-cv-00364

Le Gros Buchanan
& Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

their entirety, with prejudice and without costs, for the reason that the named parties have reached final settlement in this matter.

DATED this 17th day of July, 2019.

| LE GROS BUCHANAN & PAUL | FRIEDMAN RUBIN |
|---|---|
| By: *s/ Louis A. Shields*<br>By: *s/ Nathan J. Beard*<br>Louis A. Shields, WSBA #25740<br>Nathan J. Beard, WSBA #45632<br>4025 Delridge Way SW, Suite 500<br>Seattle, WA 98106-1271<br>Phone: (206) 623-4990<br>Email: lshields@legros.com<br>         nbeard@legros.com<br><br>Attorneys for Defendants | By: *s/David P. Roosa*<br>Roger Davidheiser, WSBA #18638<br>Richard Friedman, WSBA #30626<br>David Roosa, WSBA #45266<br>51 University Street, Suite 201<br>Seattle, WA 98101<br>Phone: (206) 501-4446<br>Email: rdavidheiser@friedmanrubin<br>         rfriedman@friedmanrubin.com<br>         droosa@friedmanrubin.com<br>Attorneys for Plaintiffs |

{28872-00522326;1}
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Page 2
No. 2:18-cv-00364

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

[PROPOSED] ORDER

Based upon the foregoing Stipulation, the referenced claims of Plaintiffs' are hereby dismissed with prejudice, and without costs.

Dated this 17th day of July, 2019.

THE HONORABLE ROBERT S. LASNIK
United States District Court Judge

Presented By:

LEGROS BUCHANAN & PAUL

By *Louis A. Shields*
LOUIS A. SHIELDS, WSBA #25740
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Phone: 206.623.4990
Fax:    206.467.4828
Email: lshields@legros.com
Attorneys for Defendants

{28872-00522326;1}
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Page 3
No. 2:18-cv-00364

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990